Paul D. Jackson, Cal. St. Bar No. 59542
LAW OFFICES OF PAUL D. JACKSON
10951 Sorrento Valley Road, Suite 1-G
San Diego, CA 92121-1613
Voice (858) 552-4900
Fax (858) 552-4904
email paul@jacksonlaw.biz

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY MEAS,<br><br>    Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC.,<br>and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.:   11 CV 0823 JM (JMA)<br><br>NOTICE OF PLAINTIFF'S RULE 12(f) MOTION AND MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES<br><br>DATE:           June 27, 2011<br>TIME:           10:00 A.M.<br>JUDGE:         Hon. Jeffrey T. Miller<br>COURT ROOM:  16<br>TRIAL DATE    None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on June 27, 2011, at 10:00 a.m. in Courtroom 16 of the above-entitled Court, located at 940 Front Street, San Diego, California, Plaintiff Roy Meas will and hereby does move the Court, under Federal Rule of Civil Procedure Nos. 8 and 12(f), to strike Defendant CVS Pharmacy, Inc.'s 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 11th, 12th, 13th, 14th, 18th, 21st, 22nd, 25th, 26th and 27th affirmative defenses for failure to comport with pleading requirements set forth in the Federal Rules of Civil Procedure.

This motion will be based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Paul D. Jackson, the pleadings and papers on file in this case and on oral argument, if any, that is made in support of this motion.

                                                                                           Respectfully submitted,
                                                                                           Law Offices of Paul D. Jackson

Dated: May 9, 2011                                s/ Paul D. Jackson
                                                                      Paul D. Jackson
                                                                      Attorneys for Plaintiff